UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
SPRINGFIELD DIVISION

David Andrew Douglas, )
Plaintiff, )
 )
v. ) Case No. 6:25-CV-03239-SRB
 )
Christian County, Missouri, et al., )
Defendants. )

TO: Honorable Court and All Parties

RE: Settlement Boundaries Notice – Case No. 6:25-CV-03239-SRB

---

NOTICE

Comes now the undersigned, David Andrew Douglas, and provides this Settlement Boundaries Notice in the above-entitled matter:

1. **County and City Only**
   Any settlement consideration will apply solely to **Christian County** and the **City of Sparta** as governmental entities. Individual defendants remain personally liable for their actions and are not included in any release.

2. **No Gag Orders or Non-Disclosure Agreements**
   Settlement shall not include, nor will the undersigned accept, any gag order, confidentiality clause, or non-disclosure agreement. All facts, records, and proceedings remain subject to lawful public disclosure.

3. **No Global Releases**
   Settlement shall not operate as a global release for all defendants. Individual liability remains intact and fully enforceable. This includes commissioners, judges, prosecutors, officers, and all other actors named or unnamed.

4. **Non-Negotiable Terms**
   The undersigned previously extended a conditional offer of Forty Million Dollars ($40,000,000.00). Said offer was refused. By stipulation, damages have escalated to **One

Hundred Million Dollars ($100,000,000.00)**. This figure represents the **minimum baseline settlement** acceptable at this stage. There will be no negotiation below this amount.

5. **RICO and Punitive Damages Reserved**

The above-stated $100,000,000.00 does not cap or waive claims for RICO treble damages, punitive damages, or further liability arising from continuing misconduct.

---

CONCLUSION

The undersigned has acted in good faith at all times. The refusal of prior settlement opportunities has escalated liability. Settlement is now limited to the terms set forth herein and is non-negotiable. All other claims against individual defendants remain active.

I declare under penalty of perjury that the foregoing is true and correct.

Date 08/31/2025

Respectfully submitted,

_____ Trustee
David Andrew Douglas
In propria persona
All Rights Reserved
P.O. Box 459
Sparta, MO 65753
(417) 571-8631