UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
SPRINGFIELD DIVISION

---

David Andrew Douglas, )
Plaintiff, )
)
v. ) Case No. 6:25-CV-03239-SRB
)
Christian County, Missouri, et al., )
Defendants. )

---

TO: The Honorable Court and all the parties herein

**Notice of Good Faith Settlement Attempt**

---

I, David Andrew Douglas, being of lawful age and competent capacity, declare under penalty of perjury:

1. On August 27, 2025, I made a written settlement offer in good faith for $40,000,000.00 with stipulated terms.
2. Said offer was delivered to the proper parties.
3. Said offer was ignored, refused, or otherwise not accepted.
4. I have acted in good faith to resolve disputes without escalation.
5. The parties' failure to respond or accept demonstrates bad faith, obstruction, and willful default.
6. Escalation of damages is now necessary and justified.

I affirm these statements to be true, correct, and made in good faith. This affidavit is executed to preserve the record, establish proof of good-faith effort, and document the willful refusal of settlement by the parties.

I declare under penalty of perjury that the foregoing is true and correct.

Date 08/31/2025

Respectfully submitted,

_[signature]_ Trustee

David Andrew Douglas
In propria persona
All Rights Reserved
P.O. Box 459
Sparta, MO 65753
(417) 571-8631