UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
SPRINGFIELD DIVISION

---

David Andrew Douglas,
Plaintiff,

v.

Christian County, Missouri, et al.,
Defendants.

Case No. 6:25-CV-03239-SRB

---

TO: The Honorable Court and all the parties herein

**Notice of Escalation of Damages**

---

Because of the above-referenced failure and default, liability is hereby escalated. Damages are now demanded in the amount of One Hundred Million Dollars ($100,000,000.00), plus:

- Costs of all lawful labor and filings,
- Compensation for ongoing physical, emotional, and reputational injury,
- Interest and penalties accruing from the date of the original offer,
- Additional damages arising from spoliation of evidence, obstruction, and malicious prosecution.

This escalation is effective immediately. The undersigned will not accept settlement on terms less than those stated herein. All liability is joint and several among the parties addressed, and notice to one is notice to all under doctrines of agency and principal.

I declare under penalty of perjury that the foregoing is true and correct.

Date 08/31/2025

Respectfully submitted,

David Andrew Douglas, Trustee
In propria persona
All Rights Reserved
P.O. Box 459
Sparta, MO 65753
(417) 571-8631