UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
SPRINGFIELD DIVISION

---

David Andrew Douglas, )
Plaintiff, )
)
v. ) Case No. 6:25-CV-03239-SRB
)
Christian County, Missouri, et al., )
Defendants. )

---

TO: Honorable Court and all parties herein

**Notice of Default**

---

On August 27, 2025, I provided a lawful, written, good-faith conditional settlement offer in the amount of Forty Million Dollars ($40,000,000.00), with clear stipulations and terms. Said offer provided the opportunity for all parties involved in the unlawful arrest, fraudulent warrant, obstruction of lawful process, and related misconduct to resolve liability without further escalation.

The time for acceptance of that offer has expired. No acceptance has been received. Silence, refusal, or failure to respond constitutes DEFAULT and acquiescence under applicable principles of contract law and equity.

I declare under penalty of perjury that the foregoing is true and correct.

Date 08/31/2025

Respectfully submitted,

David Andrew Douglas
In propria persona
All Rights Reserved
P.O. Box 459
Sparta, MO 65753
(417) 571-8631