UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| DAVID ANDREW DOUGLAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No.  6:25-cv-03239-SRB |
| | ) | |
| CHRISTIAN COUNTY, MISSOURI, et al., | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION TO DISMISS**
**FOR FAILURE TO STATE A CLAIM**

COMES NOW Defendants City of Sparta, Missouri, Chief Trampus Taylor, Misty Holt, Officer White, Officer O'Malley, (jointly, the Sparta Defendants) by and through their attorneys of record, Keck & Phillips, LLC, and for their Motion to Dismiss for Failure to State a Claim, along with their Suggestions in Support of Motion to Dismiss, filed contemporaneously and incorporated by reference herein, and states the following:

1. Plaintiff's Complaint fails to state any claim as to the Sparta Defendants for which relief can be granted.

WHEREFORE, the Sparta Defendants respectfully move the Court dismiss them from the case at bar for failure to state a claim for which relief can be granted, and for costs, and such further and additional relief as the Court deems just.

1

Respectfully submitted,

KECK & PHILLIPS, L.L.C.

By_____/s/ *Damon S. Phillips*_____
    Damon S. Phillips #52901
    3140 E. Division
    Springfield, MO  65802
    Telephone: (417) 890-8989
    Facsimile:  (417) 890-8990
    Email: damon@kpwlawfirm.com
    *Attorneys for City of Sparta Defendants*

2